UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT JOHNNY AVALOS,<br><br>        Plaintiff,<br><br>    v.<br><br>SARA L. KIRCHEN-ROLPH, et al.,<br><br>        Defendants. | Case No. 1:21-cv-00084-JLT (PC)<br><br>**ORDER DENYING AS MOOT PLAINTIFF'S REQUEST TO FILE AN ORDER PRESERVING THE RIGHT OF TRIAL BY JURY**<br><br>(Doc. 11) |

    Plaintiff has filed a request for an order preserving his right to a jury trial pursuant to Rule 38 of the Federal Rules of Civil Procedure. (Doc. 11.) Plaintiff's complaint includes a jury trial demand. (Doc. 1.) Accordingly, the Court **DENIES as moot** Plaintiff's request.

IT IS SO ORDERED.

    Dated: __**July 12, 2021**__            __**/s/ Jennifer L. Thurston**__
                                                  CHIEF UNITED STATES MAGISTRATE JUDGE