UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT JOHNNY AVALOS,<br><br>Plaintiff,<br><br>v.<br><br>SARA L. KIRCHEN-ROLPH, et al.,<br><br>Defendants. | Case No. 1:21-cv-00084-JLT (PC)<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR MORE THAN TWENTY-FIVE INTERROGATORIES**<br><br>(Doc. 13) |

Plaintiff has filed a motion seeking leave to propound more than twenty-five interrogatories on each defendant. (Doc. 13.) Plaintiff's request is premature at this early stage of litigation; the Court has not yet screened the complaint for cognizable claims, and discovery has not commenced. Accordingly, the Court **DENIES** Plaintiff's discovery motion.

IT IS SO ORDERED.

Dated: __September 23, 2021__          _/s/ Jennifer L. Thurston_
                                                   CHIEF UNITED STATES MAGISTRATE JUDGE