

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VINCENT JOHNNY AVALOS, | Case No. 1:21-cv-0084 KES CDB (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING CERTAIN CLAIMS AND DEFENDANTS, AND DIRECTING THE ACTION PROCEED ON THE COGNIZABLE CLAIM |
| v. | |
| SARA L. KIRCHEN-ROLPH, *et al.*, | |
| Defendants. | Doc. 40 |

Vincent Johnny Avalos asserts that he suffered civil rights violations related to blood draws and tests while he was housed at the California Substance Abuse Treatment Facility. *See* Doc. 39. The magistrate judge screened Avalos' second amended complaint pursuant to 28 U.S.C. § 1915A and found Avalos stated a cognizable claim under the Fourth Amendment related to his blood draw on February 11, 2021, against defendants "Jane Doe or John Doe" and Julius P&S Metts. Doc. 40 at 10-11. The magistrate judge found Avalos failed to state a claim related to the attempted draws in 2019 and 2020. *Id.* at 10. In addition, the magistrate judge determined Avalos did not state a claim under the Eighth Amendment or the Fourteenth Amendment against any defendant. *See id.* at 6-14. Finally, the magistrate judge observed the court previously dismissed the claim for declaratory relief, without leave to amend, and the magistrate judge recommended this claim be dismissed from the SAC. *Id.* at 14-15. The magistrate judge recommended the action proceed only on the cognizable Fourth Amendment

claim. *Id.*

On August 18, 2025, the court served the findings and recommendations upon Avalos and informed him that any objections were due within 14 days. Doc. 40 at 15. The court also advised Avalos that the "failure to file objections within the specified time may result in waiver of his rights on appeal." *Id*. (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014)). Avalos did not file objections and the time to do so has expired.

According to 28 U.S.C. § 636(b)(1), this court performed a de novo review of this case. Having carefully reviewed the matter, the court concludes that the findings and recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1.    The findings and recommendations issued August 18, 2025 (Doc. 40) are **ADOPTED** in full.

2.    This action **SHALL** proceed only on Plaintiff's claims against defendants "Jane Doe or John Doe" and Julius P&S Metts under the Fourth Amendment, arising from the blood draw on February 11, 2021.

3.    All other claims and defendants are **DISMISSED**.

4.    This matter is referred to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:    February 23, 2026

_____
UNITED STATES DISTRICT JUDGE