UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

VINCENT JOHNNY AVALOS,

Plaintiff,

v.

JULIUS P&S METTS, *et al.*,

Defendants.

Case No. 1:21-cv-00084-KES-CDB (PC)

ORDER DISCHARGING AUGUST 19, 2026, ORDER TO SHOW CAUSE

(Doc. 71)

Plaintiff Vincent Johnny Avalos ("Plaintiff") is a state prisoner proceeding pro se and *in forma pauperis* in this civil rights action brought under 42 U.S.C. § 1983.

On August 19, 2026, the Court ordered Plaintiff to show cause in writing ("OSC") why sanctions should not be imposed for Plaintiff's failure to comply with the Local Rules for failure to file an opposition or statement of non-opposition to the pending motion of Defendant Julius P&S Metts ("Metts") for summary judgment. (Doc. 71). Plaintiff was permitted to comply with the OSC in the alternative by filing within that same time an opposition or statement of non-opposition to Metts's pending motion. *Id.* at 3.

On August 21, 2026, Plaintiff filed an opposition to Metts's pending motion (Doc. 72) thereby timely complying with the OSC.

///

///

///

**Conclusion and Order**

Accordingly, the Court HEREBY ORDERS that the OSC issued on August 19, 2026 (Doc. 71) is DISCHARGED.

Defendant Metts shall file any optional reply to the pending motion in accordance with the Local Rules. *See* Local Rule 230(l).

IT IS SO ORDERED.

Dated: **August 25, 2026**

UNITED STATES MAGISTRATE JUDGE