UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

VINCENT JOHNNY AVALOS,

Plaintiff,

v.

JULIUS P&S METTS, *et al.*,

Defendants.

Case No. 1:21-cv-00084-KES-CDB (PC)

ORDER GRANTING PLAINTIFF'S UNOPPOSED REQUEST TO SUBSTITUTE PARTY

(Doc. 79)

Clerk of the Court to Update Docket

Plaintiff Vincent Johnny Avalos ("Plaintiff") is a state prisoner proceeding pro se and *in forma pauperis* in this civil rights action brought under 42 U.S.C. § 1983.

**Relevant Background**

Following screening, this action proceeds on Plaintiff's second amended complaint ("SAC"), filed July 7, 2025, against Defendants Julius P&S Metts ("Metts") and "Jane Doe or John Doe" ("Defendants") for claims arising under the Fourth Amendment. (Doc. 43 at 2).

On February 25, 2026, Plaintiff was granted 90 days within which to discover the identity of Defendant "Jane Doe or John Doe," through subpoena or otherwise, and to substitute this Defendant's actual name by filing a notice of substitution. (Doc. 44) (citing *Wakefield v. Thompson*, 177 F.3d 1160, 1163 (9th Cir. 1999)). That same day, the Court found service appropriate and directed e-service on Defendant Metts. (Doc. 45).

On May 27, 2026, the Court granted Plaintiff's motion for an extension of time to discover

the identity of Jane or John Doe by no later than July 29, 2026. (Doc. 63). On July 23, 2026, the Court granted Plaintiff's motion for subpoena and extended the limited discovery period an additional 90 days to allow Plaintiff to comply with the Court's order to identify the Jane or John Doe Defendant and to file a request for substitution with the Court. (Doc. 67). On August 5, 2026, the Court granted in part Defendant Metts's motion to stay discovery pending a ruling on Metts's pending motion for summary judgment for failure to exhaust administrative remedies. (Doc. 70).

**Discussion**

Pending before the Court is Plaintiff's unopposed request to substitute T. Balanga for the "Jane Doe or John Doe" Defendant, filed on September 8, 2026. (Doc. 79). Plaintiff represents that following service of his subpoena duces tecum (*see* Docs. 67, 69), he learned the identity of "T. Balanga," a laboratory assistant, as the individual who drew his labs on February 11, 2021, at SATF, from a CDCR GA-22 form dated August 17, 2026. *Id.* at 1. Plaintiff therefore moves to substitute T. Balanga in place of the Doe Defendant consistent with the Court's order permitting him to identify and substitute the actual name of the previously unidentified Doe defendant. *Id.* at 2. On September 10, 2026, Defendant Metts filed a statement of non-opposition to the motion to substitute. (Doc. 81).

As noted above, following screening, this action proceeds on Plaintiff's SAC against Defendants Metts and the unidentified "Jane Doe or John Doe" for claims arising under the Fourth Amendment related to Plaintiff's blood draw on February 11, 2021. (Doc. 43 at 2). A review of Plaintiff's operative complaint (the second amended complaint, Doc. 39) and this Court's screening order reveals that Plaintiff identifies Jane or John Doe #1 with sufficient facts concerning that individual's involvement in the alleged violation of the Fourth Amendment at issue. (*See* Doc. 40 at 10-11). Specifically, the Jane or John Doe (T. Balanga) was involved in Plaintiff's unconsented blood draw on February 11, 2021.

Accordingly, the second amended complaint will remain the operative complaint and the Court will substitute Jane Doe or John Doe for the named defendant Plaintiff identifies as T. Balanga. *See, e.g.*, *Cantu v. Doe 1*, No. 1:20-cv-00386-HBK, 2021 WL 2822531, at *1-2 (E.D. Cal. July 7, 2021) ("Based on the foregoing, the FAC will remain the operative complaint in this

action and the Court will substitute John Doe Defendants 1 and 2 for the named defendants Plaintiff identifies.") (citing *Altheide v. Williams*, No. 2:17-cv-02821-JCM-BNW, 2020 WL 42462 * 1 (D. Nev. Jan. 3, 2020)) (same).

**Conclusion and Order**

Accordingly, IT IS HEREBY ORDERED:

1. Plaintiff's unopposed request to substitute (Doc. 79) is GRANTED;
2. The Clerk of the Court is DIRECTED to update the docket to remove Jane Doe or John Doe and add the following individual to the docket:
    a. T. Balanga; and
3. Limited discovery (Docs. 44, 63, 67, 70) is now closed. The Court will issue a separate order regarding service of process concerning the newly added Defendant.

IT IS SO ORDERED.

Dated: **September 14, 2026**

UNITED STATES MAGISTRATE JUDGE