UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

VINCENT JOHNNY AVALOS,

Plaintiff,

v.

JULIUS P&S METTS, *et al.*,

Defendants.

Case No.: 1:21-cv-00084-KES-CDB (PC)

ORDER REFERRING CASE TO POST-SCREENING ADR AND STAYING CASE FOR 120 DAYS ONLY AS TO PLAINTIFF AND NEWLY ADDED DEFENDANT T. BALANGA

**45-DAY DEADLINE**

Plaintiff Vincent Johnny Avalos ("Plaintiff") is a state prisoner proceeding pro se and *in forma pauperis* in this civil rights action brought under 42 U.S.C. § 1983. Following screening, this action proceeds on Plaintiff's second amended complaint ("SAC"), filed July 7, 2025, against Defendants Julius P&S Metts ("Metts") and "Jane Doe or John Doe" for claims under the Fourth Amendment arising from a blood draw on February 11, 2021. (Doc. 43 at 2).

Following additional proceedings to identify the Doe defendant, T. Balanga was substituted for Defendant Jane Doe or John Doe on September 14, 2026. (Doc. 82). On October 14, 2026, Defendant Balanga filed an answer to the SAC. (Doc. 90).

The Court refers all civil rights cases filed by pro se inmates to Alternative Dispute Resolution (ADR) to attempt to resolve such cases more expeditiously and less expensively. In appropriate cases, defense counsel from the California Attorney General's Office have agreed to participate in ADR. No claims, defenses, or objections are waived by the parties' participation.

The Court, therefore, will stay this action for 120 days only as Plaintiff and newly added Defendant T. Balanga to permit them time to investigate the claims at issue, meet and confer, and participate in early settlement conference.[1] The Court presumes that all post-screening civil rights cases assigned to the undersigned will proceed to a settlement conference. However, if, after investigating the claims and meeting and conferring, either party finds that a settlement conference would be a waste of resources, the party may opt out of the early settlement conference.

**Conclusion and Order**

For the foregoing reasons, the Court HEREBY ORDERS:

1. This action is STAYED in part for 120 days only as to Plaintiff and newly added Defendant T. Balanga to facilitate settlement of their dispute before the discovery process begins. No pleadings or motions may be filed during the stay. The parties shall not engage in formal discovery, but they may engage in informal discovery to prepare for the settlement conference.
2. **Within 45 days** from the date of this order, Plaintiff and Defendant T. Balanga SHALL file the attached notice, indicating their agreement to proceed to an early settlement conference on their belief that settlement is not achievable at this time.
3. **Within 60 days** from the date of this order, the assigned Deputy Attorney General Shall contact the undersigned's Courtroom Deputy Clerk at cboren@caed.uscourts.gov to schedule the settlement conference, assuming the parties agree to participate in an early settlement conference.
4. If the parties reach a settlement during the stay of this action, they SHALL file a Notice of Settlement as required by Local Rule 160.
5. The Clerk of the Court SHALL serve via email copies of Plaintiff's second amended complaint (Doc. 39), the Court's screening order (Doc. 40) and order adopting findings and recommendations, dismissing certain claims and defendants, and directing the

[1] The Court lifted a previously imposed stay (Doc. 52) after Defendant Metts, at the time the sole defendant appearing in this action, filed a notice indicating that an early settlement conference would not be productive in this matter and that he did not wish to participate in an early settlement conference. (Doc. 54).

action proceed on Plaintiff's cognizable claim (Doc. 43), and this order to Supervising Deputy Attorney General Lawrence Bragg, and a copy of this Order to ADR Coordinator Sujean Park.

6. The parties are obligated to keep the Court informed of their current addresses during the stay and the pendency of this action. Changes of address must be reported promptly in a Notice of Change of Address. *See* L.R. 182(f).

IT IS SO ORDERED.

Dated: **October 19, 2026**

UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE B. HARRIS,<br>Plaintiff,<br>v.<br>SEARGENT J. BURNS, *et al.*,<br>Defendants. | Case No. 1:24-cv-01176-CDB (PC)<br><br>NOTICE REGARDING EARLY SETTLEMENT CONFERENCE |

1. The party or counsel agrees that an early settlement conference would be productive and wishes to engage in an early settlement conference.

   Yes ____ No ____

2. Plaintiff (check one):

   ______ would like to participate in the settlement conference in person.

   ______ would like to participate in the settlement conference by telephone or video conference.

Dated:

______________________________
Signature
Plaintiff or Counsel for Defendants